UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Shiva Stein, | * | |
|    *Plaintiff* | * | No. 1:21-cv-00273-JKB |
| v. | * | |
| TCF Financial Corp., *et al.,* | * | |
|    *Defendants.* | * | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)9i), plaintiff Shiva Stein hereby voluntarily dismisses this action without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the action, and no class has been certified.

Date:  March 15, 2021                              Respectfully submitted,


                                                    /S/
                                      Thomas J. Minton – No. 03370
                                      Goldman & Minton, P.C.
                                      3600 Clipper Mill Rd., Suite 201
                                      Baltimore, MD 21211
                                      Ph (410) 783-7575
                                      Fax (410) 783-1711
                                      *tminton@charmcitylegal.com*

                                      *Attorneys for Plaintiff*